JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
DAVID L. DENIER (California State Bar No. 95024)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:   (415) 436-6888
 Fax:         (415) 436-6748

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA and BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION,<br><br>              Plaintiffs,<br>    v.<br><br>UNITED STATES OF AMERICA<br><br>              Defendant. | No. C-08-04206-SC<br><br>**STIPULATION** |

   IT IS HEREBY AGREED AND STIPULATED pursuant to Local Rule 6-1(a), by and between plaintiffs and defendant, by their attorneys of record, that the time in which defendant United States of America may answer or otherwise respond to the complaint in this action be extended to and including December 4, 2008.

                                        JOSEPH P. RUSSONIELLO
                                        United States Attorney

Dated: 10/31/08

                                        _____
                                        DAVID L. DENIER
                                        Assistant United States Attorney
                                        Tax Division
                                        Attorneys for United States of America

Dated: 10/31/08

                                        _____
                                        JONATHAN E. STROUSE
                                        HOLLAND & KNIGHT LLP
                                        Attorneys for Plaintiffs

IT IS SO ORDERED

Judge Samuel Conti