Frank R. Lawrence (SB 147531)
David M. Gonden (SB 154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
frank.lawrence@hklaw.com
david.gonden@hklaw.com

Jonathan E. Strouse
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666
jonathan.strouse@hklaw.com
appearing *Pro Hac Vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA and BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. C-08-04206-SC<br><br>**STIPULATION TO CONTINUE JUNE 26, 2009 SUMMARY JUDGMENT HEARING TO AUGUST 21, 2009** |

– 1 –

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

Plaintiffs, Blue Lake Rancheria and Blue Lake Rancheria Economic Development Corporation ("Plaintiffs"), and Defendant, United States of America, ("Defendant") by and through their counsel of record, hereby stipulate to the following:

1. **WHEREAS**, on December 19, 2008, this Court set June 26, 2009 for the hearing date on anticipated cross motions for summary judgment to be filed by the parties.

2. **WHEREAS**, the parties met on Tuesday, April 14, 2009 in order to exchange and negotiate a joint stipulation of facts. During the negotiation, it became apparent that the parties needed additional time to review, negotiate, and draft a joint factual stipulation.

3. **WHEREAS**, Plaintiffs plan to produce additional documents to the Defendant and Defendant will need additional time to review such documents.

4. **WHEREAS**, the parties jointly agree and request that this Court postpone the June 26, 2009 hearing date on the parties' anticipated cross motions for summary judgment to Friday, August 21, 2009. This date has been reserved with Judge Conti's clerk, Teresa De Martini.

//
//
//
//
//
//
//
//
//
//

− 2 −

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The parties desire to continue the summary judgment hearing date in this case, currently set for June 26, 2009, to August 21, 2009.

2. The June 26, 2009 summary judgment hearing date shall be continued to August 21, 2009.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: April 28, 2009

HOLLAND & KNIGHT LLP

_____
Jonathan E. Strouse
Attorneys for Plaintiffs

Dated: April 28, 2009

_____
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
Attorneys for the United States of America

**IT IS SO ORDERED.**

Date: 4/28/09

IT IS SO ORDERED
Judge Samuel Conti

THE HONORABLE SAMUEL CONTI
United States District Judge

# 6258046_v1

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

- 3 -

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING