Frank R. Lawrence (SB 147531)
David M. Gonden (SB 154306)
HOLLAND & KNIGHT LLP
50 California Street, 28th Floor
San Francisco, California 94111
Telephone: (415) 743-6900
Facsimile: (415) 743-6910
frank.lawrence@hklaw.com
david.gonden@hklaw.com

Jonathan E. Strouse
HOLLAND & KNIGHT LLP
131 South Dearborn Street, 30th Floor
Chicago, Illinois 60603
Telephone: (312) 263-3600
Facsimile: (312) 578-6666
jonathan.strouse@hklaw.com
appearing *Pro Hac Vice*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BLUE LAKE RANCHERIA and BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. **C-08-04206-SC**<br><br>**STIPULATION AND ORDER RE: SUMMARY JUDGMENT HEARING DATE AND BRIEFING SCHEDULE**<br><br>**CURRENT HEARING DATE: AUG. 21, 2009**<br>**PROPOSED NEW DATE:     DEC. 4, 2009**<br><br>**TRIAL DATE: NOT YET SET** |

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

# 6258046_v3

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

Plaintiffs, Blue Lake Rancheria and Blue Lake Rancheria Economic Development Corporation ("Plaintiffs"), and Defendant, United States of America, ("Defendant") by and through their counsel of record, hereby stipulate to the following:

1. **WHEREAS**, on April 28, 2009, this Court set August 21, 2009 for the hearing date on anticipated cross motions for summary judgment to be filed by the parties.

2. **WHEREAS**, the parties conferred telephonically on Thursday, July 9, 2009 and, again on Wednesday, July 15, 2009, on the preparation and substance of a joint factual stipulation. Although the parties have used their best efforts to meet, confer, and prepare a joint stipulation of facts, it has become apparent that the parties need additional time to review, negotiate, and draft a joint factual stipulation.

3. **WHEREAS**, the final stipulation of facts may require one or both of the parties to engage in further discovery and hence the parties require additional time to do so.

4. **WHEREAS**, the parties jointly agree and request that this Court postpone the August 21, 2009 hearing date on the parties' anticipated cross motions for summary judgment to Friday, December 4, 2009.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS**:

1. The parties shall file their cross motions for summary judgment on or prior to October 9, 2009. The parties shall file their respective response briefs to such motions for summary judgment no later than November 6, 2009. The parties shall file their reply briefs to such responses no later than November 23, 2009.

2. The parties desire to continue the summary judgment hearing date in this case, currently set for August 21, 2009 to December 4, 2009.

– 2 –

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

# 6258046_v3

3. The August 21, 2009 summary judgment hearing date shall be continued to December 4, 2009.

**IT IS SO STIPULATED.**

Dated: July 27, 2009

Respectfully Submitted,

HOLLAND & KNIGHT LLP

JONATHAN E. STROUSE
DAVID M. GONDEN
Attorneys for Plaintiffs

Dated: July ____, 2009

DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
Attorneys for the United States of America

**IT IS SO ORDERED.**

Date: _____

THE HONORABLE SAMUEL CONTI

United States District Judge

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900

– 3 –

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

# 6258046_v3

3.  The August 21, 2009 summary judgment hearing date shall be continued to December 4, 2009.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: July ____, 2009

HOLLAND & KNIGHT LLP

_____
JONATHAN E. STROUSE
DAVID M. GONDEN
Attorneys for Plaintiffs

Dated: July 27, 2009

_____
DAVID L. DENIER (CSBN 95024)
Assistant United States Attorney
Attorneys for the United States of America

**IT IS SO ORDERED.**

Date: 7/28/09

_____
THE HONORABLE SAMUEL CONTI
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti — United States District Court, Northern District of California*

STIPULATION TO CONTINUE
SUMMARY JUDGMENT HEARING

# 6258046_v3

Holland & Knight LLP
50 California Street, 28th Floor
San Francisco, CA 94111
Tel: (415) 743-6900