IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE LAKE RANCHERIA and BLUE LAKE RANCHERIA ECONOMIC DEVELOPMENT CORPORATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 08-4206 SC<br><br>JUDGMENT |

On January 7, 2010, the Court granted summary judgment in favor of the United States of America against Plaintiffs Blue Lake Rancheria and Blue Lake Rancheria Economic Development Corporation ("Plaintiffs"). ECF No. 55. Plaintiffs appealed, and on August 11, 2011, the Ninth Circuit reversed and remanded the case with instructions to enter judgment on behalf of Plaintiffs. Blue Lake Rancheria v. United States, 653 F.3d 1112, 1112 (9th Cir. 2011).

In accordance with the Ninth Circuit's opinion, judgment is hereby entered in favor of Plaintiffs and against the United States of America.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: January 12, 2012

_____
UNITED STATES DISTRICT JUDGE